# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

————————————————

No. 1D2026-0202

————————————————

GERALD E. MOBLEY,

    Appellant,

v.

HAMILTON CUSTOM SERVICES,
LLC REGISTERED AGENT:
THOMAS B. HAMILTON III,

    Appellee.

————————————————

On appeal from the County Court for Alachua County.
Adam Lee, Judge.

June 3, 2026

PER CURIAM.

DISMISSED. *See Dedge v. Crosby*, 914 So. 2d 1055 (Fla. 1st DCA 2005).

RAY, WINOKUR, and NEFF, JJ., concur.

————————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

————————————————

Gerald E. Mobley, pro se, Appellant.

No appearance for Appellee.